Case 8:22-cr-00083-FMO   Document 21   Filed 06/15/22   Page 1 of 6   Page ID #:100

F I L E D
CLERK, U.S. DISTRICT COURT
06/15/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DVE_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>EVAN BALTIERRA,<br>　aka "Evanb49,"<br>　aka "Pixie_dust_4,"<br>　aka "Narli,"<br>　aka "rionheart,"<br><br>　　　　Defendant. | No. 8:22-cr-00083-FMO<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. §§ 2261A(2)(A), (B), 2261(b)(5): Stalking] |

　　The United States Attorney charges:

　　　　　[18 U.S.C. §§ 2261A(2)(A), (B), 2261(b)(5)]

　　1.　Beginning in or around October 2020 and continuing to in or around March 2022, in Orange County, within the Central District of California, and elsewhere, defendant EVAN BALTIERRA, also known as ("aka") "Evanb49," aka "Pixie_dust_4," aka "Narli," aka "rionheart," with the intent to harass and intimidate Victim 1, used an interactive computer service, an electronic communication service, an electronic communication system of interstate commerce, and other facilities of interstate and foreign commerce, namely, email, mail, and the Internet, to engage in a course of conduct, described in

paragraph 2 below, that placed Victim 1 in reasonable fear of death and serious bodily injury, and caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to Victim 1.

2. Defendant BALTIERRA's course of conduct included, among other things, the following:

a. Beginning in or around October 2020 and continuing to in or around March 2022, defendant BALTIERRA created hundreds of social media accounts to conceal his true identity and to send Victim 1 threatening and harassing messages over the Internet.

b. On December 8, 2020, defendant BALTIERRA sent Victim 1 a message via Twitter that read, "You are so fked [Victim 1] just don't know it yet."

c. On or about January 14, 2021, defendant BALTIERRA sent Victim 1 a message via Twitter that read in part, "[t]imes ticking . . . waiting for the right opportunity."

d. On or about February 13, 2021, defendant BALTIERRA sent Victim 1 a message via Twitter that read in part, "it's only a matter of time . . . will take some time but a plan will go into effect later."

e. In or about around January 2022, defendant BALTIERRA hired a third party through an instant messaging mobile application to create photoshopped nude images of Victim 1 that placed Victim 1's face onto pornographic images.

f. Beginning in or around November 2020 and continuing to in or around March 2022, defendant BALTIERRA posted photoshopped nude images of Victim 1 to various Internet forums, including Reddit and Twitter.

       g.    On or about February 2, 2021, defendant BALTIERRA sent Victim 1 a text message that contained a photoshopped nude image of herself.

       h.    Beginning in or around October 2020 and continuing to in or around February 2021, defendant BALTIERRA used multiple accounts to continually post harassing messages during Victim 1's live streams of video games.  Defendant BALTIERRA's repeated postings, referred to as "spamming," made it impossible for Victim 1 to stream herself playing video games and forced her to stop streaming in approximately February 2021.

       i.    On or about February 6, 2021, in response to Victim 1 seeking a restraining order against defendant BALTIERRA, defendant BALTIERRA sent Victim 1 a message via Twitter that read, "if anything does come this way it has to have some personal information on it to show who sent it and their claim against you.  and let's think hmm what can one do with this personal information :)."

       j.    Beginning on or about May 23, 2021 and continuing until in or around March 2022, defendant BALTIERRA used Victim 1's personal email account to sign her up for various email lists and online services, to include multiple pornographic sites.

       k.    On or about March 23, 2021, defendant BALTIERRA used Victim 1's personal email account to create an "OnlyFans" account in Victim 1's name that contained photoshopped nude images of her.

       l.    On or about June 7, 2021, defendant BALTIERRA called Victim 1's local police department and, using a fake name, falsely stated that Victim 1 made disturbing posts on the Internet to convince Victim 1's local police department to conduct a welfare

check on Victim 1.  During the call, defendant BALTIERRA attempted to obtain Victim 1's home address from the dispatcher.

  m. In or around May 2021, defendant BALTIERRA used Victim 1's personal email account and photoshopped nude images of Victim 1 to create a sex advertisement on Craigslist in Victim 1's hometown.

  n. On or about January 17, 2022, defendant BALTIERRA sent Victim 1 a message via Twitter that read in part, "get the casket ready" and "I've hired someone to come get you."

  o. On or about March 5, 2022, defendant BALTIERRA sent Victim 1, and others, a message through Twitter that read: "This is addressed as a general message to everyone that [Victim 1] . . . have interacted with or know.  You all want to try and ignore things but a day will come where [Victim 1] wishes she would have done something.  She will be directly responsible for friends, family and other close ones to get affected in a very bad way.  They wanted to involve friends and family?  Well others can play that game as well.  You all want to make a joke out of things and act like the situation won't end badly for [Victim 1].  You know who the most dangerous people are in the world?  The ones who don't care what they lose to achieve their goal.  [Victim 1] will come to an end and after years of planning / waiting for the right opportunity you will all say 'damn something actually did happen' and maybe you shouldn't have been so sassy.  Might want to pass this on to [Victim 1] and Borngood.  I'm sure you can reach them somehow because it won't be just them affected anymore."

  p. On or about March 5, 2022, defendant BALTIERRA sent Victim 1 a message on Twitter that read, "don't worry he won't have

4

[Victim 1] around forever," "time is counting down for you," and "[Victim 1] is not going to be around forever :)"

    q.   On or about March 7, 2022, defendant BALTIERRA sent Victim 1 a message on Twitter that read, "Hired people to I'll come and you get [sic] bitch."

    r.   On March 13, 2022, defendant BALTIERRA sent Victim 1, and others, an email that read, "Think about who's still out here and freely roam around. One day things are going to come crashing down for [Victim 1] and everything that she loves. Think that it will just drop that easily? Might want to check some mail soon as well. [Victim 1] will be hunted down no matter how long it takes. And everytime that slut shows up online her naked pictures and info gets spread even more and everyone she interacts with gets messed with also."

    s.   Between on or about March 7, 2022 and on or about March 10, 2022, defendant BALTIERRA sent Victim 1's boyfriend and boyfriend's parents photoshopped nude images of Victim 1, via text message and email.

///
///
///

t.  On or about March 15, 2022, defendant BALTIERRA sent Victim 1 an unsolicited package that contained a box of condoms.

          TRACY L. WILKISON
          United States Attorney

          */s/ signature*

          SCOTT M. GARRINGER
          Assistant United States Attorney
          Chief, Criminal Division

          BENJAMIN R. BARRON
          Assistant United States Attorney
          Chief, Santa Ana Branch Office

          GREGORY S. SCALLY
          Assistant United States Attorney
          Deputy Chief, Santa Ana Branch Office

          JAKE D. NARE
          Assistant United States Attorney
          Santa Ana Branch Office