# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**FILED**
CLERK, U.S. DISTRICT COURT
06/15/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: DVE DEPUTY

Case Number: 8:22-cr-00083-FMO
Defendant Number: 1
U.S.A. v. EVAN BALTIERRA
Year of Birth: 1992

- [ ] Indictment
- [✓] Information

Investigative agency (FBI, DEA, etc.): FBI

**NOTE:** All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."

## OFFENSE/VENUE

a. Offense charged as a:
- [ ] Class A Misdemeanor
- [ ] Minor Offense
- [ ] Petty Offense
- [ ] Class B Misdemeanor
- [ ] Class C Misdemeanor
- [✓] Felony

b. Date of Offense: Beginning in or around October 2020

c. County in which first offense occurred: Orange

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):
- [ ] Los Angeles
- [ ] Ventura
- [✓] Orange
- [ ] Santa Barbara
- [ ] Riverside
- [ ] San Luis Obispo
- [ ] San Bernardino
- [ ] Other

Citation of Offense: 18 U.S.C. §§ 2261A(2)(A), (B), 2261(b)(5)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
- [ ] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
- [ ] Eastern (Riverside and San Bernardino)
- [✓] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
- [✓] No
- [ ] Yes

If "Yes," Case Number:

Pursuant to General Order 21-01, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): N/A

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: 5/23/2022
Case Number: 8:22-mj-00384-DUTY
Assigned Judge: Hon. John D. Early, U.S. Magistrate Judge
Charging: 18 U.S.C. §§ 2261A(2)(A), (B)

The complaint/CVB citation:
- [✓] is still pending
- [ ] was dismissed on:

## PREVIOUS COUNSEL

Was defendant previously represented?
- [ ] No
- [✓] Yes

IF YES, provide Name: Katherine T. Corrigan
Phone Number: 949-251-0330

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
- [ ] Yes*
- [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
- [ ] Yes*
- [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**
- [ ] Yes
- [ ] No

This is the N/A superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on: N/A

Case Number: N/A

The superseded case:
- [ ] is still pending before Judge/Magistrate Judge
N/A
- [ ] was previously dismissed on N/A

Are there 8 or more defendants in the superseding case?
- [ ] Yes*
- [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
- [ ] Yes*
- [ ] No

Was a Notice of Complex Case filed on the Indictment or Information?
- [ ] Yes
- [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

**INTERPRETER**

Is an interpreter required? ☐ YES ☒ NO

IF YES, list language and/or dialect: _____

**OTHER**

☒ Male   ☐ Female
☒ U.S. Citizen   ☐ Alien

Alias Name(s): aka "Evanb49," "Pixie_dust_4," "Narli," "rionheart"

This defendant is charged in:
☒ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.
☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?  ☐ Yes  ☒ No
IF YES, should matter be sealed?  ☐ Yes  ☐ No

The area(s) of substantive law that will be involved in this case include(s):
☐ financial institution fraud   ☐ public corruption
☐ government fraud   ☐ tax offenses
☐ environmental issues   ☐ mail/wire fraud
☐ narcotics offenses   ☐ immigration offenses
☐ violent crimes/firearms   ☐ corporate fraud
☒ Other   Stalking

**CUSTODY STATUS**

Defendant is **not in custody**:
a. Date and time of arrest on complaint: 5/23/2022  3:45 PM
b. Posted bond at complaint level on: 5/24/2022
   in the amount of $ 15,000
c. PSA supervision?  ☒ Yes  ☐ No
d. Is on bail or release from another district: No

Defendant is **in custody**:
a. Place of incarceration:  ☐ State  ☐ Federal
b. Name of Institution: _____
c. If Federal, U.S. Marshals Service Registration Number: _____
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction:  ☐ Yes  ☐ No
   IF YES:  ☐ State  ☐ Federal  ☐ Writ of Issue
f. Awaiting trial on other charges:  ☐ Yes  ☐ No
   IF YES:  ☐ State  ☐ Federal  AND
   Name of Court: _____
   Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.  20   21   40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date: 06/15/2022

/s/ Jake D. Nare
Signature of Assistant U.S. Attorney
Jake D. Nare
Print Name