PROB 12
(Rev. 11/04)

# United States District Court
### for
### CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
6/24/24
CENTRAL DISTRICT OF CALIFORNIA
BY: _____V. Figueroa_____ DEPUTY

U.S.A. VS. Evan Baltierra        Docket No.: 8:22-CR-00083-FMO-1

**Petition on Probation and Supervised Release (Modification)**

    COMES NOW NATASHA ALEXANDER-MINGO , CHIEF PROBATION & PRETRIAL SERVICES OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Evan Baltierra who was placed on supervision by the Honorable FERNANDO M. OLGUIN sitting in the Court at Los Angeles, California, on the 13th day of July, 2023 who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Baltierra has struggled on supervision to refrain from utilizing unauthorized devices to access the internet and continues to search for information concerning the victim in this matter. It is hoped a mental health evaluation and ongoing treatment will assist him in addressing the underlying issues causing him difficulty to abide by the orders of the Court.

The supervisee and defense counsel consent to modification and waive a personal appearance before the Court.

**PRAYING THAT THE COURT WILL ORDER** Evan Baltierra, as a special condition of supervision, shall participate in mental health treatment, which may include evaluation and counseling, until discharged from the program by the treatment provider, with the approval of the Probation Officer. The Court authorizes the Probation Officer to disclose the Presentence Report, and any previous mental health evaluations or reports, to the treatment provider. The treatment provider may provide information (excluding the Presentence report), to State or local social service agencies (such as the State of California, Department of Social Service), for the purpose of the client's rehabilitation. As directed by the Probation Officer, the offender shall pay all or part of the costs of the Court-ordered treatment to the aftercare contractors during the period of community supervision. The offender shall provide payment and proof of payment as directed by the Probation Officer. If the offender has no ability to pay, no payment shall be required.

Modify/replace the language of previously imposed condition #13 to:
The defendant shall comply with the rules and regulations of the Computer Monitoring Program. The defendant shall pay the cost of the Computer Monitoring Program.

    ORDER OF COURT                        Respectfully,

Considered and ordered this 24th day of June, 2024 and ordered filed and made a part of the records in the above case.

/S/ DAVID R. WALTER
U. S. Probation & Pretrial Services Officer

Place:     Santa Ana, California

_Fernando M. Olguin_
United States District Judge
HONORABLE FERNANDO M. OLGUIN

Approved: /S/ TERRY GINSBURG
Supervising U.S. Probation & Pretrial Services Officer

Date:     June 21, 2024