PROB 12
(Rev. 11/04)

# United States District Court
## for
### CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
7/25/24
CENTRAL DISTRICT OF CALIFORNIA
BY: V. Figueroa  DEPUTY

U.S.A. VS. Evan Baltierra

Docket No.: 8:22-CR-00083-FMO-1

**Petition on Probation and Supervised Release (Modification)**

COMES NOW NATASHA ALEXANDER-MINGO, CHIEF PROBATION & PRETRIAL SERVICES OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Evan Baltierra who was placed on supervision by the Honorable FERNANDO M. OLGUIN sitting in the Court at Los Angeles, California, on the 13th day of July, 2023 who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Baltierra continues to utilize unauthorized devices to access the internet and search for information concerning the victim in this matter, including possessing and viewing nude images. It is hoped a 120-day placement in a residential reentry center (RRC) will hold him accountable for his conduct while providing him with a higher level of supervision in the community with limited access to the internet and internet-capable devices. Additionally, this will afford him the opportunity to participate in mental health treatment services, maintain employment, and work on transitioning to a more independent lifestyle away from his parents' home.

The supervisee and defense counsel consent to modification and waive a personal appearance before the Court.

**PRAYING THAT THE COURT WILL ORDER** Evan Baltierra, as a special condition of supervision, shall reside for a period not to exceed 120 days in a residential reentry center (community corrections component), as directed by the Probation Officer, and shall observe the rules of that facility.

ORDER OF COURT

Considered and ordered this 25th day of July, 2024 and ordered filed and made a part of the records in the above case.

_Fernando M. Olguin_
United States District Judge
HONORABLE FERNANDO M. OLGUIN

Respectfully,

/S/ DAVID R. WALTER
U. S. Probation & Pretrial Services Officer

Place: Santa Ana, California

Approved: /S/ TERRY GINSBURG
Supervising U.S. Probation & Pretrial Services Officer

Date: July 24, 2024